UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA            :    INDICTMENT

       -v.-                              :
                                              07 CRIM. 652
                                         :
ISIDORE FARKAS,
                                         :
       Defendant.
------------------------------------X

*JUDGE SWAIN*

USDC SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 18 2007

COUNT ONE

The Grand Jury charges:

1.  From in or about January 2006, up to and including in or about November 2006, in the Southern District of New York and elsewhere, ISIDORE FARKAS, the defendant, unlawfully, willfully, and knowingly, executed and attempted to execute a scheme and artifice to defraud a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, to wit, Chase Bank, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, FARKAS fraudulently obtained checks from an account at Chase Bank, wrote those checks without authorization from the account holder to various businesses, and cashed the checks for the benefit of himself and others.

    (Title 18, United States Code, Sections 1344 and 2.)

## COUNT TWO

2.  From in or about January 2006, up to and including in or about November 2006, in the Southern District of New York and elsewhere, ISIDORE FARKAS, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Section 1344 of Title 18, United States Code.

3.  It was a part and object of the conspiracy that ISIDORE FARKAS, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, would and did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344.

### Overt Acts

4.  In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, were committed in the Southern District of New York and elsewhere:

      a.  In or about January 2006, FARKAS obtained checks in Manhattan drawn on a Chase account to which he did not have authorized access.

      (Title 18, United States Code, Section 1349.)

_____      _____
Foreperson                          MICHAEL J. GARCIA
                                 United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ISIDORE FARKAS,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 1344, 1349, 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson

Post 11-1-87
7/18/07
Filed Ind.
Ellis, J.
Filed,
Ellis, J.