UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,     NOTICE OF APPEARANCE

- against -

                                                  07 Cr. 652 (LTS)

ISIDORE FARKAS,

                Defendant.
------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Defendant Isidore Farkas.

      I certify that I am admitted to practice in this court.


_____September 11, 2007_____     _____/s/_____
Date                                          Signature

                                                    JACOB LAUFER (JL 2846)
                                                    Print Name            Bar Number
                                                    65 Broadway, Suite 1005

                                                    Address
                                                    New York    New York   10006
                                                    City                State     Zip Code
                                                    (212) 422-8500   (212) 422-9038

                                                    Phone Number        Fax Number
                                                    jlaufer@lauferlaw.com
                                                    E-mail