UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2007

-v-                                                            No. 07 CR 652 (LTS)

Isidore Farkas,


-------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

## ORDER

At the defendant's request, Israel Freed, retained counsel is relieved from representation of defendant. The defendant is now represented by newly retained counsel, Jacob Laufer.


Dated: New York, New York
       September 11, 2007

                                                    _____
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge


ATTYREL.WPD       VERSION 7/19/01