

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 22, 2008

*By Facsimile*
Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Fax: (212) 805-0426

MEMO ENDORSED

Re: United States v. Isidore Farkas, 07 Cr. 652 (LTS)

Dear Judge Swain:

    The next conference in the above-captioned matter is currently scheduled for January 23, 2008, at 4:15 pm. The Government respectfully submits this letter to convey the parties' joint request that the conference be adjourned by 30 days, until February 20, 2008, at 4:15 pm. The parties anticipate a disposition of this matter prior to that time. In addition, the Government requests that the Court exclude time under the Speedy Trial Act until February 20, 2008, the date of the next pretrial conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

    I have conferred with Jacob Laufer, Esq., counsel for defendant Isidore Farkas, and he consents to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
David A. O'Neil
Assistant United States Attorney
Tel. No.: (212) 637-2533

cc: Jacob Laufer, Esq. (by facsimile: 212-422-9038)

*The requested adjournment and exclusion are granted as in the interests of justice.*

SO ORDERED.

_____ 1/22/08

TOTAL P.02