LAW OFFICES OF
JACOB LAUFER
65 BROADWAY, Suite 1005
NEW YORK, NEW YORK 10006



TELEPHONE (212) 422-8500

FAX (212) 422-9038

JACOB LAUFER*

* Also admitted in the District of Columbia

February 19, 2008

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
via fax: (212) 805-0424


MEMO ENDORSED

Re: United States v. Isidore Farkas, 07 Cr. 652 (LST)

Dear Judge Swain,

    I represent defendant Isidore Farkas in the captioned matter. As per the conference call among A.U.S.A. David O'Neil, Your Honor's law clerk Mr. Young, and myself, I respectfully request that the conference before the Court, now scheduled for tomorrow, be adjourned for two weeks to a date and time convenient for the Court. The reason for this request is ongoing plea discussions that both parties are confident will culminate in a disposition by the defendant's guilty plea.

    Assistant U.S. Attorney David O'Neil consents to this request. Defendant Isidore Farkas waives his Speedy Trial rights in connection with this request.

    Thank you.

Very truly yours,

JACOB LAUFER (JL2846)

THE REQUESTED ADJOURNMENT AND EXCLUSION ARE GRANTED. THE CONFERENCE IS ADJOURNED TO **MARCH 5, 2008, AT 11:00 A.M.** THE COURT FINDS THAT THE ENDS OF JUSTICE SERVED BY THE GRANTING OF AN EXCLUSION FROM SPEEDY TRIAL COMPUTATIONS FOR THE PERIOD FROM TODAY'S DATE THROUGH **MARCH 5, 2008**, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL BECAUSE OF THE NEED FOR REASONABLE TIME FOR EFFECTIVE TRIAL PREPARATION AND ONGOING DISCUSSIONS. THE COURT, ACCORDINGLY, EXCLUDES SUCH TIME PERIOD PROSPECTIVELY. SO ORDERED.

2/19/2008

LAURA TAYLOR SWAIN, UNITED STATES DISTRICT JUDGE