UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

          - v. -                 :

ISIDORE FARKAS,                  :

          Defendant.             :

                                 :

                                 :
- - - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

S1 07 Cr. 652 (LTS)

          The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 1344, and 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ISIDORE FARKAS

_____
Jacob Laufer, Esq.
Attorney for ISIDORE FARKAS

Witness: _____

Date:    New York, New York
         March 5, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 8 2011